# Third District Court of Appeal
## State of Florida

Opinion filed October 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1491
Lower Tribunal No. F78-14397

_____

**Lester Enriquez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Lester Enriquez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.